IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 16-42956 |
| LUIS ACEVEDO | § | |
| *Debtor* | § | CHAPTER 13 |
| | § | |
| | § | |

**CITIFINANCIAL SERVICING LLC'S**
**AMENDED WITNESS AND EXHIBIT LIST**
**Hearing on Confirmation of Chapter 13 Plan**
**May 18, 2017 at 8:30 am**

**Witness List:**

1. Luis Acevedo
   Debtor

**Exhibit List:**

| Exhibit # | Description |
|---|---|
| A | Chapter 13 Plan filed March 2, 2017 (Docket No. 45) |
| B | Proof of Claim (Claim No. 3-1) |
| C | Post-Petition Payment History effective February 9, 2017 |
| D | Northern District Standing Order 2016-01 |
| E | Comparative "Deemed Current" Language |
| F | Schedules I and J |

Respectfully submitted,

H. Gray Burks, IV
State Bar No. 03418320
SHAPIROSCHWARTZ, LLP
13105 NW Freeway, Suite 1200
Houston, Texas 77040
Tel: 713-462-2565
Fax: 847-879-4856
*Attorney for CitiFinancial Servicing, LLC*

- 1 -

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Witness and Exhibit List was served on May 15, 2017, as follows:

U.S. Mail
LUIS ACEVEDO
7623 DANDY LANE
DALLAS, TX 75227
*Debtor*

ECF/CM
TIM TRUMAN
CHAPTER 13 TRUSTEE
6851 N.E. LOOP 820
SUITE 300
DALLAS, TX 75227
*Chapter 13 Trustee*

ECF/CM
OFFICE OF THE UNITED STATES TRUSTEE
1100 COMMERCE STREET
ROOM 976
DALLAS, TX 75242
*United States Trustee*

ECF/CM
ANDREW B. NICHOLS
LAW OFFICE OF ANDREW B. NICHOLS
990 S. SHERMAN STREET
RICHARDSON, TX 75081
*Attorney for Debtor*

Additionally, I certify that on May 15, 2017 the 3rd amended Witness and Exhibit List together with a true copy of each exhibit was served to Angela Allen by email at angelaa@ch13FTW.com and Andrew B. Nichols by email at a_nichols_law@justice.com

H. Gray Burks, IV