

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed May 19, 2017**

*Mark X. Mullin*
**United States Bankruptcy Judge**

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 16-42956 |
| LUIS ACEVEDO | § | CHAPTER 13 |
| *Debtor* | § | |
| | § | |

### AGREED ORDER ON CITIFINANCIAL'S OBJECTION TO CONFIRMATION
### (Docket No. 50)

On consideration of the "Objection to Chapter 13 Plan" filed by CitiFinancial Servicing, LLC ("CitiFinancial"), (Docket No. 50), and the below agreement of the parties, it is

**ORDERED** that notwithstanding Section II D. (2) of the Plan, if the Debtor is current on plan payments or a wage directive sufficient to make the monthly plan payments, the Mortgage Lender may not assess any contractual fees, expenses, or charges associated with post-petition default. It is

**FURTHER ORDERED** that all other objections in CitiFinancial's Objection to Confirmation are withdrawn.

### ### END OF ORDER ###

AGREED AS TO SUBSTANCE AND FORM:

/s/ Andrew B. Nichols
Andrew B. Nichols
State Bar No. 14993220
Law Office of Andrew B. Nichols
990 S. Sherman Street
Richardson, TX 75081
Telephone:    (214) 971-2445
Facsimile:    (214) 853-5889
Email: a_nichols_law@justice.com
*Attorneys for Debtor*

/s/ H. Gray Burks, IV
H. Gray Burks, IV
State Bar No. 03418320
ShapiroSchwartz, LLP
13105 NW Freeway, Suite 1200
Houston, Texas 77040
Telephone:    (713) 462-2565
Facsimile:    (847) 879-4854
*Attorney for CitiFinancial Servicing, LLC*

No Opposition

/s/ Angela Allen
Angela Allen
State Bar No. 00786970
Attorney for Tim Truman, Chapter 13 Trustee
6851 N.E. Loop 820
Suite 300
North Richland Hills, TX 76180
Telephone:    (817) 770-8500
*Attorney for Chapter 13 Trustee*